IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ESTATE OF SHANNON J. PAYNE, BY
ITS SPECIAL ADMINISTRATOR,
CHRISTOPHER MEISEL,

    Plaintiff,

Case No. 20-cv-512-wmc

v.

DANE COUNTY AND DAVID J.
MAHONEY, ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dane County and David J. Mahoney against plaintiff Estate of Shannon J. Payne dismissing this case.

Peter Oppeneer, Clerk of Court              Date